UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RACHEL WILCOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:07CV1721 TIA |
| ) | |
| GROUP HEALTH PLAN, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This cause is before the Court on Plaintiff's Motion for Production of Documents (Docket No. 11/filed 1/08/2008). A review of the court record shows that the Clerk of the Court termed Plaintiff's Motion and notified Plaintiff's counsel regarding the Local Rule prohibiting the filing of discovery documents with the Court on January 8, 2008. Thereafter, Defendant filed an Opposition to Plaintiff's Discovery Motion (Docket No. 14/filed 1/15/08) requesting that the Court strike Plaintiff's motion as improper pursuant to Local Rule 26-3.02 and premature and award Defendant reasonable expenses and attorney's fees incurred in opposing the motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's request to strike Plaintiff's motion and to award reasonable expenses and attorney's fees is DENIED AS MOOT.

Dated this 9th day of April, 2008.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE